IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | | |
|---|---|---|
| ELAINE L. CHAO, Secretary of Labor, United States Department of Labor, | ) ) ) | |
| Plaintiff, | ) ) ) | Civil No. 06-1359-AC |
| v. | ) ) | O R D E R |
| LOCAL 290, PLUMBERS, STEAMFITTERS, PIPEFITTERS AND MARINE FITTERS OF THE UNITED ASSOCIATION OF JOURNEYMEN AND APPRENTICES OF THE PLUMBING AND PIPEFITTING INDUSTRY OF UNITED STATES AND CANADA, | ) ) ) ) ) ) ) ) | |
| Defendant. | ) | |

    Jay A. Williamson
    U.S. DEPARTMENT OF LABOR
    Office of the Solicitor
    1111 Third Avenue, Suite 945
    Seattle, WA  98101-3212

    Neil J. Evans
    UNITED STATES ATTORNEY'S OFFICE
    1000 S.W. Third Avenue, Suite 600
    Portland, OR  97204-2902

    James R. O'Connell

    Keith R. Bolek
    Sally M. Tedrow
    O'DONOGHUE & O'DONOGHUE LLP
    4748 Wisconsin Avenue, N.W.
    Washington, D.C. 20016

    Stephen H. Buckley
    BROWNSTEIN RASK SWEENEY KERR GRIM DeSYLVIA & HAY, LLP
    1200 S.W. Main Building
    Portland, OR 97205

      Attorneys for Defendant

JONES, Judge:

Magistrate Judge Donald C. Ashmanskas filed Findings and Recommendation (#69) on December 6, 2007, in the above entitled case. The matter is now before me pursuant to 28 U.S.C. § 636(b)(1)(B) and Fed. R. Civ. P. 72(b). When either party objects to any portion of a magistrate judge's Findings and Recommendation, the district court must make a de novo determination of that portion of the magistrate judge's report. See 28 U.S.C. § 636(b)(1); McDonnell Douglas Corp. v. Commodore Business Machines, Inc., 656 F.2d 1309, 1313 (9th Cir. 1981), cert. denied, 455 U.S. 920 (1982).

Defendant has timely filed objections. I have, therefore, given de novo review of Magistrate Judge Ashmanskas's rulings.

I find no error. Accordingly, I ADOPT Magistrate Judge Ashmanskas's Findings and Recommendation (#69) dated December 5, 2007, in its entirety. Plaintiff's motion (#26) for summary judgment is granted. Accordingly, the defendant's motion (#28) for summary judgment

is denied. Plaintiff's request for a new election for the offices of President and Business Manager is granted.

      IT IS SO ORDERED.

      DATED this 1st day of April, 2008.

      /s/ Robert E. Jones
      ROBERT E. JONES
      U.S. District Judge