**KARIN J. IMMERGUT**
Oregon State Bar No. 96314
United States Attorney
**NEIL J. EVANS**
Oregon State Bar No. 96551
Assistant United States Attorney
1000 S.W. Third Ave., Suite 600
Portland, OR  97204-2902
Telephone:  (503) 727-1000
Facsimile: (503) 727-1117
Email:  neil.evans@usdoj.gov
**JAY WILLIAMSON**, Attorney
Washington State Bar No. 10807
U. S. Department of Labor
Office of the Solicitor
1111 3rd Avenue, Suite 945
Seattle, WA 98101-3212
Telephone: (206) 553-0540
Email: williamson.jay@dol.gov
        Of Attorneys for Plaintiff

## UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

|  |  |
|---|---|
| ELAINE L. CHAO, Secretary of Labor, United States Department of Labor, | Case No. CV 06-1359 AC |
| Plaintiff, | |
| v. | **PLAINTIFF'S MOTION TO ENTER JUDGMENT CERTIFYING ELECTION** |
| LOCAL 290, PLUMBERS, STEAMFITTERS, PIPEFITTERS AND MARINE FITTERS OF THE UNITED ASSOCIATION OF JOURNEYMEN AND APPRENTICES OF THE PLUMBING AND PIPEFITTING INDUSTRY OF THE UNITED STATES AND CANADA, | |
| Defendant. | |

Page 1-        Plaintiff's Motion to Enter Judgment Certifying Election

## I.    CERTIFICATE OF COMPLIANCE WITH LR 7.1

Pursuant to LR 7.1, I have conferred with opposing counsel who has no opposition to this motion.

## II.    MOTION

COMES NOW the Plaintiff in the above-entitled matter and hereby files the attached Certification of Election signed by a representative of the Secretary of Labor and moves this Court to enter a Judgment certifying the results of the election conducted by Defendant under the supervision of the Plaintiff pursuant to the Order of this Court on April 1, 2008.

This Motion is based upon the attached Certification of Election which demonstrates that an election was conducted by the Defendant under the supervision of the Plaintiff in conformity with the Constitution and Bylaws of the Defendant insofar as lawful and practicable, that no post-election complaints regarding the conduct of that election were filed with the Plaintiff and further specifies the candidates who were duly elected to specific offices of the Defendant.

DATED this 31st day of July, 2008.


GREGORY F. JACOB                         PETER D. KEISLER
Solicitor of Labor                              Assistant Attorney General


BRUCE L. BROWN                          KARIN J. IMMERGUT
Associate Regional Solicitor                United States Attorney


By:  /s/ Jay Williamson                     /s/ Neil J. Evans
    Jay Williamson                              Neil J. Evans
                                                      Assistant United States Attorney
                                                      Attorneys for Plaintiff