**KARIN J. IMMERGUT**
Oregon State Bar No. 96314
United States Attorney
**NEIL J. EVANS**
Oregon State Bar No. 96551
Assistant United States Attorney
1000 S.W. Third Ave., Suite 600
Portland, OR 97204-2902
Telephone (503) 727-1000
Facsimile: (503) 727-1117
Email: neil.evan@usdoj.gov
**JAY WILLIAMSON**, Attorney
Washington State Bar No. 10807
U.S. Department of Labor
Office of the Solicitor
1111 3rd Avenue, Suite 945
Seattle, WA 98101-3212
Telephone: (206) 553-0540
Email: williamson.jay@dol.gov
        Of Attorneys for Plaintiff


IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON


| | |
|---|---|
| ELAINE L. CHAO, Secretary of Labor, United States Department of Labor, <br><br>      Plaintiff, <br><br>    v. <br><br> LOCAL 290, PLUMBERS, STEAMFITTERS, PIPEFITTERS AND MARINE FITTERS OF THE UNITED ASSOCIATION OF JOURNEYMEN AND APPRENTICES OF THE PLUMBING AND PIPEFITTING INDUSTRY OF THE UNITED STATES AND CANADA, <br><br>      Defendant. | Civil No. 06-1359-AC <br><br> CERTIFICATION OF ELECTION |

Certification of Election

The election having been conducted in the above matter under the supervision of the Secretary of Labor, United States Department of Labor, pursuant to an Order dated April 1, 2208, in the United States District Court for the District of Oregon, in accordance with the provisions of Title IV of the Labor-Management Reporting and Disclosure Act of 1959 (29 U.S.C. § 481, et seq.) and in conformity with the constitution and bylaws of the defendant labor organization and its parent body, insofar as lawful and practicable, and no complaints having been received concerning the conduct thereof, therefore:

Pursuant to Section 402(c) of the Labor-Management Reporting and Disclosure Act of 1959 (29 U.S.C. § 482(c)), and the authority delegated to me,

IT IS HERBY CERTIFIED that the following named candidates have been duly elected to the offices designated:

Bill Hargrave                    President

John Endicott                    Business Manager/Financial Secretary

Signed this _23rd_ day of _July_, 2008.

_Cmdowning_
Cynthia M. Downing
Chief, Division of Enforcement
Office of Labor-Management Standards
Employment Standards Administration
United States Department of Labor

Certification of Election                    Page 2